### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | | |
|---|---|---|
| **KELVIN CHARLES RANSOM, SR.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **NO. 4:23-CV-60-CDL-MSH** |
| **VS.** | : | |
| | : | |
| **D. ERIC WEBB,** *et al*., | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### ORDER

On May 3, 2023, the Court ordered Plaintiff Kelvin Charles Ransom, Sr., a pretrial detainee in the Harris County Jail in Hamilton, Georgia, to complete a 42 U.S.C. § 1983 form and either pay the required filing fee or move to proceed *in forma pauperis* if he wished to proceed with this action.  ECF No. 3.  Plaintiff did not respond to the Order.

On May 24, 2023, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to respond to the May 3, 2023 Order.  ECF No. 4.   Plaintiff was given fourteen days to respond to the Order to Show Cause and he has not responded.

Due to Plaintiff's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**.  Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Ctny. Indep. Sch. Dist*., 570 F.2d 541, 544 (5th Cir. 1978))

("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

      **SO ORDERED**, this **14th** day of **June, 2023**.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA