IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KELVIN CHARLES RANSOM, SR., | * |
| Plaintiff, | * |
| v. | Case No. 4:23-CV-60-CDL-MSH |
| | * |
| D. ERIC WEBB, *et al.,* | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated June 14, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 15th day of June, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk